UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADAM DAVIS, JR.                                      CIVIL ACTION

VERSUS                                               18-623-SDD-EWD

THE KOTT LAW FIRM

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated July 25, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this case is hereby DISMISSED without prejudice for lack of federal subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk of Court send, via certified mail return receipt requested, and regular mail, a copy of this *Ruling* to Plaintiff at the address listed on PACER.

Baton Rouge, Louisiana the 14 day of August 2019.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc.9.

Certified Return Receipt Requested No. 7004 1160 0003 2648 5652